AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

United States of America
v.
Jacob Adam Toler

*Defendant(s)*

Case No. 4:25-mj-514

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 19, 2024 in the county of Polk in the Southern District of Iowa, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(1), (b)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Thomas, Task Force Officer, FBI
*Printed name and title*

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

Date: 8/21/25

*Judge's signature*

City and state: Des Moines, Iowa

William P. Kelly, U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
3:19 pm, Aug 21 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| **AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT** | ) ) ) ) ) ) | Case No. 4:25-mj-514<br>**[FILED UNDER SEAL]** |

## INTRODUCTION AND AGENT BACKGROUND

I, Chris Thomas, having been duly sworn on oath, do depose and state as follows:

1. I am a Special Agent with the Iowa Department of Public Safety, Division of Criminal Investigation (DCI) and have been since April 2006. I have successfully completed twenty weeks of Law Enforcement Training at the Iowa Department of Public Safety Training Center. Since November 2013, as part of my duties as a DCI agent, I am assigned to the DCI Cyber Crime Unit and the Iowa Internet Crimes Against Children Task Force. I have investigated criminal violations relating to child exploitation and child pornography, including violations pertaining to the production, transportation, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A, and criminal violations pertaining to Iowa Code Chapter 728. I have received training in the area of child pornography and child exploitation, including training from the Internet Crimes Against Children Task Force, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256, and as in Iowa Code Chapter 728) in all forms of media including computer media. In my previous assignment, I was assigned to the DCI Major Crime Unit, in which I also

FILED
By: Clerk's Office, Southern District of Iowa
3:19 pm, Aug 21 2025

investigated criminal violations relating to child exploitation and child pornography, but also received training in and was assigned investigations of, but not limited to, death and homicide investigations, violent crime offenses, assault offenses, fraud, and sexual based crimes. I was also previously assigned as a Federal Task Force Officer to the United States Internal Revenue Service-Criminal Investigations. From February 2014 to approximately November 2016, I was sworn and was a part of the FBI Cyber Task Force based in Omaha, Nebraska, in which I was assigned cases involving criminal computer intrusions. In my work with regard to child exploitation and pornography, I have sought and obtained multiple search warrants, which have resulted in the seizure of materials associated with child exploitation and pornography.

2. I am a sworn Task Force Officer with the Federal Bureau of Investigation (FBI) Human Trafficking and Child Exploitation Task Force. As part of my current duties, I have, since approximately July 2017, been a part of the FBI's Human Trafficking and Child Exploitation Task Force based in Omaha, Nebraska.

3. **Federal Authority.** As a result of my involvement with the FBI Child Exploitation Task Force, I have received special federal deputation authority, which among other things, allows me to seek and execute arrest and search warrants supporting a federal task force.

4. **Sources of Information Supporting Probable Cause.** The facts in this affidavit come from my personal observations and investigation, my training and experience, and information obtained from other agents and witnesses, including

specifically other individuals engaged in this investigation, the National Center for Missing and Exploited Children (NCMEC), and electronic service providers.

5. Because the information in this affidavit is provided for the limited purpose of establishing probable cause that **Jacob Adam Toler** committed the below-described offense, I have not included each and every fact known to me concerning this investigation. Additionally, unless otherwise indicated, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

6. For the reasons set forth below, there is probable cause to believe that during or about July 2024, **Jacob Adam Toler**, committed the offense of Transportation of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(1) and (b)(1).

## PROBABLE CAUSE

7. **Defendant:** The target of this investigation is **Jacob Adam Toler** (DOB XX/XX/1995).

8. **Venue:** The facts and circumstances alleged in this affidavit occurred within the Southern District of Iowa, namely, in or about Des Moines, Iowa, located in Polk County, Iowa.

9. **Offense:** Title 18, United States Code, Sections 2252A(a)(1) and (b)(1) (Transportation of Child Pornography) makes it a criminal offense for any person to knowingly mail, or transport, or ship, or attempt or conspire to mail, transport, or ship, any child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate or foreign by any means, including by computer.

10. **Background Information on Kik:** This investigation concerns the use of the mobile application Kik Messenger, commonly called Kik. Kik is a freeware instant messaging mobile application available free of charge on iOS and Android operating systems. Kik Messenger is owned by Kik c/o MediaLab.ai Inc, which is located at 1222 6th Street, Santa Monica, California, 90401.

11. The Kik application uses a smartphone's data plan or Wi-Fi to transmit and receive messages, photos, videos, sketches, mobile webpages, and other content after users register a username.

12. A main attraction of Kik that differentiates it from other messaging apps is its anonymity. To register for the Kik service, a user must enter a first and last name, e-mail address, and birth date (which must show that the user is at least 13 years old), and a user must select a username. But the Kik registration process does not request or require the entry of a phone number (although the user has the option to enter one), unlike some other messaging services that require a user to provide a functioning mobile phone number. However, the Kik application logs users' Internet Protocol (IP) addresses, which the company can use to determine a user's location.

13. Kik joined the Virtual Global Taskforce, a global anti-child-abuse organization, in March 2015. Kik began using Microsoft's PhotoDNA in March 2015 to moderate images added by users. Kik added SafePhoto to its safety features in October 2016 which "detects, reports, and deletes known child exploitation images" sent through the platform.

14. **Background on National Center for Missing and Exploited Children (NCMEC) Cyber Tips.** Online photo storage and sharing has grown exponentially in recent years, and with it, so has the online manufacture and distribution of child sexual abuse material. The National Center for Missing and Exploited Children (NCMEC) is a national clearinghouse that gathers information about missing and sexually exploited children for law enforcement use. NCMEC's Child Victim Identification Program has reviewed and analyzed more than 147 million child sexual abuse images and videos since 2002.

15. Federal agencies, including FBI, and the Iowa Division of Criminal Investigation (specifically the Division's Internet Crimes Against Children Task Force (ICAC)) receive Cyber Tips from NCMEC, and NCMEC in cooperation with law enforcement agencies work together with shared access to information to fight Internet crimes against children.

16. The Cyber Tip Line administered by NCMEC offers a means of reporting incidents of child sexual exploitation including the possession, manufacture, and/or distribution of child pornography; online enticement; child prostitution; child sex

tourism; extra familial child sexual molestation; and unsolicited obscene material sent to a child. The Cyber Tip Line is staffed 24 hours a day, 7 days a week.

17. Title 42, United States Code, Section 13032(b)(1) requires an Internet Service Provider (ISP) to report child pornography, and child sexual exploitation, directly to the Cyber Tip Line. Cyber Tip Line operators review and prioritize each lead. NCMEC's Exploited Child Division analyzes tips and conducts additional research. The information becomes accessible to pertinent law enforcement agencies and, when appropriate, to the relevant ISP, via a secure Web connection. The end result is a numbered NCMEC CyberTipLine Report (hereafter CT Report).

18. Many technology companies and ISPs have partnered with NCMEC using PhotoDNA technology. PhotoDNA is signature-based image matching technology developed by Microsoft to help hosted service providers find, remove, and report some of the worst known images of child pornography circulating online. PhotoDNA converts images into a grayscale format with uniform size, then divides the image into squares and assigns a numerical value that represents the shading found within each square. Together, those numerical values represent the "PhotoDNA signature" (or hash) of an image, which can then be compared to signatures of other images to find copies of a given image with extraordinary accuracy.

19. NCMEC has created and maintains a list of PhotoDNA signatures for the "worst of the worst" child sexual abuse imagery. This signature list is then shared

with hosted service providers who participate in the program, who then report to the NCMEC Cyber Tip Line as required by federal law (18 U.S.C. § 2258A).

20. **Criminal Conduct:** In August of 2024, NCMEC received a CT Report from Kik, along with associated media files and subscriber information, for Kik username "jakeycaboose." This CT Report was given a number of 197251072. Around April 2, 2025, I received the CT Report from the Iowa ICAC Task Force for further investigation. I have reviewed CT Report 197251072 and the accompanying files. The following is a summary of the information contained therein.

21. The CT Report lists the incident type as "Child Pornography (possession, manufacture, and distribution)" and the incident date and time as 07-19-2024 23:19:13 UTC. The CT Report lists the suspect Kik username as "jakeycaboose" with an associated email address of "Jacob.toler@yahoo.com."

22. Along with the CT Report, Kik sent NCMEC the associated media files, namely, 16 video files, and one PDF document outlining user information and IP address activity, among other details. According to the CT Report, these 16 files were uploaded to Kik by username jakeycaboose. Specifically, the CT Report outlined that each one of these video files were sent by jakeycaboose to another Kik user in a private chat and details the date and time that each video was uploaded/sent. I have reviewed these files. All of the videos depict child pornography. The following is a description of a few of those files:

a. File name d6914c89d7fe285165894c726233632f.mp4. This video is 50-seconds in length. This video depicts a minor prepubescent

female, around the age of 5-7 years old laying on a bed, she is nude and her genitals are exposed. An adult male can be seen penetrating or attempting to penetrating the minor female with his penis. The upload date/time is listed as 07-19-2024 23:15:51 UTC. This video was sent by jakeycaboose to another Kik user via private chat message.

b. File name 846aa1e0c57f5fa19e8b50c150b561cc.mp4. This video is 1 minute and 5 seconds in length. This video depicts a prepubescent female, around the age of 4-6 years old, she is nude and her genitals are exposed. An adult male can be seen penetrating the minor female with his penis. The upload date/time is listed as 07-19-2024 23:06:22 UTC. This video was sent by jakeycaboose to another Kik user via private chat message.

c. File name 576f0ac6e228b2175ab181f29f5259b4.mp4. This video is 2 minutes in length. This video depicts 2 minor prepubescent females around the ages of 5-7 years old. Both minor females are nude and are sitting in a bathtub, one of the minors genitals are exposed. One of the minor females performs oral sex on an adult male that is also in the bathtub. Then the minor stops giving oral sex and the other minor is pulled up to the adult man's chest, where her genitals are exposed and the adult male is fondling the minor's genitals with his penis. The upload date/time is listed as 07-19-

2024 19:50:15 UTC. This video was sent by jakeycaboose to another Kik user via private chat message.

23. Through login IP address provided in the CT Report, and other records, law enforcement officers identified a residence on the 300 block of East Thornton Avenue in Des Moines, Iowa, as associated with Kik username jakeycaboose. Iowa DOT records for the address showed **Toler** was associated with the address and registered multiple vehicles to that address.

24. On April 15, 2025, I obtained a search warrant for Kik records pertaining to the username of "jakeycaboose" (4:25-mj-216). Around April 28, 2025, I received responsive records from Kik, which included: 46 media files that jakeycaboose sent other Kik users, log data, and 768 messages between jakeycaboose and other Kik users. The following is a summary of some of those records received from Kik:

25. The Kik chat messages and media files for jakeycaboose are from June and July of 2024. Within the messages and associated media, jakeycaboose sends several files of a "selfie" to other Kik users. All of the selfie photos depict an individual consistent in appearance with **Toler** as he appears in in his Iowa Driver's license photo.

26. The chats between jakeycaboose and other Kik users are sexually charged and often refer to child pornography. The Kik records of the media files show that jakeycaboose sent child pornography to other Kik users. The chats indicate jakeycaboose messaged Kik users that purport to be under the age of 18, and also

users that purport to be above the age of 18. Kik provides records as a .csv file of the chats with separate .txt documents of the transactional logs of the chats. The transactional logs provide the file names of the media sent by jakeycaboose to other Kik users in the chats.

27. The following is a summary of some of the chats and associated media files from my correlation of the media files, chats, and log files:

**<u>July 19, 2024 – Kik chats between jakeycaboose and regan_abshire</u>**

| Sender | Recipient | Type | Message Content / Media File Name & Description |
|---|---|---|---|
| jakeycaboose | regan_abshire | chat | All right what links and vids pretty sure I know but I want to make sure cuz I have some |
| regan_abshire | jakeycaboose | chat | Anything rlly |
| regan_abshire | jakeycaboose | chat | I,Äôve got mostly teens and younger if that,Äôs what you mean |
| jakeycaboose | regan_abshire | chat | All right just making sure that is the 18th and under stuff you're talking about yeah I have some stuff I can trade |
| regan_abshire | jakeycaboose | chat | Ok |
| regan_abshire | jakeycaboose | chat | You start and I,Äôll match |
| jakeycaboose | regan_abshire | Video | d4449e17-f763-4773-ba3c-5770edb36dde.mp4 This video is 47 seconds in length. This video depicts a minor female, around the age of 10 years old, performing oral sex on an adult male. |
| jakeycaboose | regan_abshire | Video | b1244cd8-5d42-41f0-9d12-b0bed8176cbf.mp4. This video file is 45 seconds in length. This video depicts a minor female, around the age of 10 years old. The video depicts the minor female performing oral sex on an adult male. |
| jakeycaboose | regan_abshire | Video | 1d06fb7c-8ccf-423d-af78-46d1e590a3aa.mp4 This video is 1 minute and 57 seconds. This video depicts a minor female, around the age of 10 years old. The minor female is performing oral sex on an adult male. The adult male ejaculates on the face of the minor female. |

| | | | |
|---|---|---|---|
| jakeycaboose | regan_abshire | Video | 0a46fcd4-7487-4a2f-ad5b-a7786ca29100.mp4 This video is 1 minute and 35 seconds. This video depicts a minor female, around the age of 14, performing oral sex on an adult male. |
| jakeycaboose | regan_abshire | Video | a7c82b44-d8b8-47a1-a6e2-873a5cae4d74.mp4 This video is 1 minute and 49 seconds in length. This video depicts a female minor, around the age of 8-10 years old. The minor female's genitals are exposed. The minor female is performing oral sex on an adult male. This is the same video as 29959889-21db-459e-8076-e2742b4b0768.mp4 |
| jakeycaboose | regan_abshire | Video | 583628f1-9262-40e9-b3c9-4b6b868c2f8b.mp4 This video is 1 minute and 22 seconds. This video depicts a nude minor female, around the age of 8-10 years old. An adult male is anally penetrating the minor female with his erect penis. |
| jakeycaboose | regan_abshire | Video | f2eb08d5-d232-443b-b29c-fcd3f7977588.mp4. This video is 1 minute and 5 seconds in length. This video depicts a nude minor female, around the age of 3-4 years old. Her genitals are exposed. An adult male is vaginally penetrating the minor female. |
| jakeycaboose | regan_abshire | Video | f6108037-9a0a-4b57-aae2-3d90e4dfa295.mp4. This video is 1 minute and 14 seconds long. The video depicts a minor female around the age of 3-5 years old. The minor's genitals are exposed. An adult male is anally penetrating the minor female with his erect penis. |
| jakeycaboose | regan_abshire | Video | bdd88f2b-a093-4683-8007-b8bec059a373.mp4 This video is 50 seconds in length. This video depicts a minor female, around the age of 7 years old, the minor female is nude and her genitals are exposed. An adult male is vaginally penetrating the minor female with his penis. |

**<u>July 19, 2024 – Kik chats between jakeycaboose and enjoyerofallthings</u>**

| **Sender** | **Recipient** | **Type** | **Message Content / Media File Name & Description** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| jakeycaboose | enjoyerofallthings | chat | All right I get what you're talking about around what age stuff did you have in mind |
| enjoyerofallthings | jakeycaboose | chat | just no toddlers |
| jakeycaboose | enjoyerofallthings | chat | Gotcha nothing below three shouldn't be hard there's not a whole lot that young anyways |
| jakeycaboose | enjoyerofallthings | chat | Give me a bit trying to find stuff that I can actually send on here sense it can only be so long |
| jakeycaboose | enjoyerofallthings | 6 Videos | **Summary**: jakeycaboose sends 6 videos ranging in length from approximately 33 seconds to 2 minutes, which depict minor females appearing to range in age from 5 years old to 10 years old engaging in sex acts with adult males. |
| jakeycaboose | enjoyerofallthings | chat | Is that the kind of stuff you were looking for I've got more I just have to try and find what I can send |

28. On July 16, 2025, I and other law officers executed a search warrant at **Toler**'s residence located on the 300 block of East Thornton Ave in Des Moines. During the execution of the search warrant law enforcement encountered **Toler**. Several devices were seized from **Toler**'s residence.

29. I interviewed **Toler**. During the interview, **Toler** confirmed his Kik account username was jakeycaboose. **Toler** confirmed that forensic examiners would find child pornography on his cell phone. **Toler** indicated the age of the minors in the child pornography was between 8 and 12 years old. **Toler** indicated there would likely be child pornography on his computer. **Toler** informed me some of the child pornography would be found saved to his photo application on his cell phone.

30. A full forensic analysis of all the devices has not been completed yet. To date, over 400 videos of child pornography have been located in the download folder

on **Toler**'s cell phone, including videos depicting children ranging in age from approximately 1-year-old to 4 years old.

## CONCLUSION

31. The facts presented in this affidavit are not a complete recitation of the facts known to law enforcement; rather, this affidavit is offered solely to establish probable cause for the crimes presented in this Affidavit.

32. Based on a review of this case, and based on my knowledge, training, and experience, I submit that there is probable cause to believe that **Jacob Adam Toler** has committed the offenses of Transportation of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(1) and (b)(1). I declare under penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

8-21-25
Date

Chris Thomas
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me this 21st day of August, 2025

Hon. William P. Kelly
United States Magistrate Judge